UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
HEARST MAGAZINE MEDIA, INC., et al., :
:
                    Plaintiffs, :
:     25-CV-1615 (JAV)
     -v- :
:     <u>ORDER</u>
RUGS AMERICA CORP., et al., :
:
                  Defendants. :
:
---------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    For the reasons stated on the record during the conference held earlier today:

- Plaintiffs are **ORDERED** to file a letter with the Court by the end of the day on Friday, August 29, 2025, as to whether they have been provided the ESI-compliant documents the Court ordered to be produced in its August 5 Order (ECF No. 44).

- Defendants are **ORDERED** to produce Deidre Johnson for a deposition by September 26, 2025. Defendants are **FURTHER ORDERED** to produce Bryan Khaneyan to be deposed by September 26, 2025. It is **FURTHER ORDRED** that Plaintiffs shall have four hours to depose Mr. Khaneyan.

- It is **FURTHER ORDERED** that fact discovery is extended to October 3, 2025. The status letter required by Section 8(d) of the Court's Individual Rules and Practices in Civil Cases shall be due no later than October 17, 2025.

- Plaintiffs' request for an award of attorney's fees and costs with respect to Defendants' failure to comply with the Court's August 5, 2025 Order pursuant to Rule 37(b)(2)(C) against Defendants' Counsel is **GRANTED**. Accordingly, by September 9, 2025, Plaintiffs are **ORDERED** to submit evidence substantiating the amount in attorneys' fees and costs incurred by Plaintiffs in connection with the failure to comply with the Court's August 5, 2025 Order.

    The Clerk of Court is directed to terminate ECF No. 49.

    SO ORDERED.

Dated: August 26, 2025                  _____
      New York, New York                            JEANNETTE A. VARGAS
                                                          United States District Judge